# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3596

_____

Aimee Johnson

*Plaintiff - Appellant*

Brandon Jorgenson

*Plaintiff*

v.

St. Louis County Public Health & Human Services; Sarah Anderson, Social
Worker; Hannah Jo Checketts, Social Worker; Kelly Jane Thompson, Social
Worker; Joan Mahle; Laura Yoki, Foster Parent; Lon Yoki, Foster Parent; Gayle
Koop, Foster Parent

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: August 17, 2020
Filed: August 20, 2020
[Unpublished]

_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Aimee Johnson appeals the district court's[1] dismissal, under Federal Rule of Civil Procedure 12(b), of her pro se 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Montin v. Moore, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of Rule 12(b) dismissal). We deny Johnson's motions to supplement the record, for sanctions, and for oral argument.

The judgment is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.